

**A. Duie Pyle, Inc**
650 Westtown Road
PO Box 564
West Chester, PA 19382

**Pay Statement**
Period Start Date 11/30/2025
Period End Date 12/06/2025
Pay Date 12/12/2025
Document 1839431
Net Pay $1,606.29

## Pay Details

David Junior Wallace
8271 Williams Avenue
Philadelphia, PA 19150
USA

| | | | |
|---|---|---|---|
| Employee Number | | Pay Group | Pyle P1 45 VAC & ST 45 OT |
| SSN | XXX-XX-XXXX | Location | West Chester HQ |
| Job | Shuttle Driver | Internal Co | P1 - A. Duie Pyle Inc |
| Pay Rate | $34.8500 | Division | LTLOPS - LTL- Operations |
| Pay Frequency | Weekly | Region | ESTLTL - East-LTL Region |
| | | Department | DRVLH - Linehaul Driver |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | 0.000000 | $0.0000 | $0.00 | $500.00 |
| GTL Imputed Wag | | | $1.22 | $57.92 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $2,190.40 |
| Meal Sub | 0.000000 | $0.0000 | $0.00 | $50.00 |
| Overtime-Hourly | 24.240000 | $0.0000 | $1,267.17 | $40,317.85 |
| Personal | 0.000000 | $0.0000 | $0.00 | $1,362.00 |
| Referral Bonus | 0.000000 | $0.0000 | $0.00 | $10,000.00 |
| Regular-Hourly | 39.990000 | $0.0000 | $1,393.65 | $66,449.42 |
| Vacation | 0.000000 | $0.0000 | $0.00 | $1,568.25 |

Total Hours 64.230000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan | No | $29.88 | $944.64 | $0.00 | $0.00 |
| 401K Percentage | Yes | $212.87 | $8,789.90 | $0.00 | $0.00 |
| Dental | Yes | $2.50 | $125.00 | $5.28 | $264.00 |
| GTL Imp Wages | No | $1.22 | $57.92 | $0.00 | $0.00 |
| OAN Medical | Yes | $40.00 | $2,000.00 | $148.58 | $7,429.00 |
| Vision Buy Up | Yes | $2.52 | $126.00 | $0.00 | $0.00 |
| Vol AD&D EE | No | $3.92 | $196.00 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $53.22 | $2,197.46 |
| ER Paid AD&D | No | $0.00 | $0.00 | $0.60 | $29.71 |
| ER Paid Life | No | $0.00 | $0.00 | $2.85 | $140.26 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $379.91 | $16,945.35 |
| Employee Medicare | $37.95 | $1,742.83 |
| Social Security Employee Tax | $162.26 | $7,452.08 |
| PA State Income Tax | $80.30 | $3,688.20 |
| PHILA R | $99.56 | $4,585.27 |
| WEST GOSHEN TWP LST | $1.00 | $50.00 |
| PA Unemployment Employee | $1.86 | $85.67 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx9296 | Checking | $1,606.29 |
| Total | | $1,606.29 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,662.04 | $2,404.15 | $762.84 | $292.91 | $1,606.29 |
| YTD | $122,495.84 | $111,404.94 | $34,549.40 | $12,239.46 | $75,706.98 |

**A. Duie Pyle**

A. Duie Pyle, Inc
650 Westtown Road
PO Box 564
West Chester, PA 19382

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/07/2025 |
| Period End Date | 12/13/2025 |
| Pay Date | 12/19/2025 |
| Document | 1843606 |
| Net Pay | $1,630.42 |

## Pay Details

David Junior Wallace
8271 Williams Avenue
Philadelphia, PA 19150
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | | | Pay Group | Pyle P1 45 VAC & ST 45 OT |
| SSN | XXX-XX-XXXX | | Location | West Chester HQ |
| Job | Shuttle Driver | | Internal Co | P1 - A. Duie Pyle Inc |
| Pay Rate | $34.8500 | | Division | LTLOPS - LTL- Operations |
| Pay Frequency | Weekly | | Region | ESTLTL - East-LTL Region |
| | | | Department | DRVLH - Linehaul Driver |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | 0.000000 | $0.0000 | $0.00 | $500.00 |
| GTL Imputed Wag | | | $1.22 | $59.14 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $2,190.40 |
| Meal Sub | 0.000000 | $0.0000 | $0.00 | $50.00 |
| Overtime-Hourly | 25.066668 | $0.0000 | $1,310.36 | $41,628.21 |
| Personal | 0.000000 | $0.0000 | $0.00 | $1,362.00 |
| Referral Bonus | 0.000000 | $0.0000 | $0.00 | $10,000.00 |
| Regular-Hourly | 39.999999 | $0.0000 | $1,394.00 | $67,843.42 |
| Vacation | 0.000000 | $0.0000 | $0.00 | $1,568.25 |

Total Hours 65.066667

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan | No | $29.88 | $974.52 | $0.00 | $0.00 |
| 401K Percentage | Yes | $216.35 | $9,006.25 | $0.00 | $0.00 |
| Dental | Yes | $2.50 | $127.50 | $5.28 | $269.28 |
| GTL Imp Wages | No | $1.22 | $59.14 | $0.00 | $0.00 |
| OAN Medical | Yes | $40.00 | $2,040.00 | $148.58 | $7,577.58 |
| Vision Buy Up | Yes | $2.52 | $128.52 | $0.00 | $0.00 |
| Vol AD&D EE | No | $3.92 | $199.92 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $54.09 | $2,251.55 |
| ER Paid AD&D | No | $0.00 | $0.00 | $0.60 | $30.31 |
| ER Paid Life | No | $0.00 | $0.00 | $2.85 | $143.11 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $389.53 | $17,334.88 |
| Employee Medicare | $38.57 | $1,781.40 |
| Social Security Employee Tax | $164.95 | $7,617.03 |
| PA State Income Tax | $81.64 | $3,769.84 |
| PHILA R | $101.19 | $4,686.46 |
| WEST GOSHEN TWP LST | $1.00 | $51.00 |
| PA Unemployment Employee | $1.89 | $87.56 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx9296 | Checking | $1,630.42 |
| Total | | $1,630.42 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,705.58 | $2,444.21 | $778.77 | $296.39 | $1,630.42 |
| YTD | $125,201.42 | $113,849.15 | $35,328.17 | $12,535.85 | $77,337.40 |

**A. Duie Pyle**

A. Duie Pyle, Inc
650 Westtown Road
PO Box 564
West Chester, PA 19382

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/23/2025 |
| Period End Date | 11/29/2025 |
| Pay Date | 12/05/2025 |
| Document | 1835276 |
| Net Pay | $1,147.08 |

## Pay Details

David Junior Wallace
8271 Williams Avenue
Philadelphia, PA 19150
USA

| | |
|---|---|
| Employee Number | |
| SSN | XXX-XX-XXXX |
| Job | Shuttle Driver |
| Pay Rate | $34.8500 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | Pyle P1 45 VAC & ST 45 OT |
| Location | West Chester HQ |
| Internal Co | P1 - A. Duie Pyle Inc |
| Division | LTLOPS - LTL- Operations |
| Region | ESTLTL - East-LTL Region |
| Department | DRVLH - Linehaul Driver |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | 0.000000 | $0.0000 | $0.00 | $500.00 |
| GTL Imputed Wag | | | $1.22 | $56.70 |
| Holiday | 16.000000 | $0.0000 | $557.60 | $2,190.40 |
| Meal Sub | 0.000000 | $0.0000 | $0.00 | $50.00 |
| Overtime-Hourly | 0.000000 | $0.0000 | $0.00 | $39,050.68 |
| Personal | 0.000000 | $0.0000 | $0.00 | $1,362.00 |
| Referral Bonus | 0.000000 | $0.0000 | $0.00 | $10,000.00 |
| Regular-Hourly | 37.200000 | $0.0000 | $1,296.41 | $65,055.77 |
| Vacation | 0.000000 | $0.0000 | $0.00 | $1,568.25 |

Total Hours  53.200000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan | No | $29.88 | $914.76 | $0.00 | $0.00 |
| 401K Percentage | Yes | $148.32 | $8,577.03 | $0.00 | $0.00 |
| Dental | Yes | $2.50 | $122.50 | $5.28 | $258.72 |
| GTL Imp Wages | No | $1.22 | $56.70 | $0.00 | $0.00 |
| OAN Medical | Yes | $40.00 | $1,960.00 | $148.58 | $7,280.42 |
| Vision Buy Up | Yes | $2.52 | $123.48 | $0.00 | $0.00 |
| Vol AD&D EE | No | $3.92 | $192.08 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $37.08 | $2,144.24 |
| ER Paid AD&D | No | $0.00 | $0.00 | $0.60 | $29.11 |
| ER Paid Life | No | $0.00 | $0.00 | $2.85 | $137.41 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $214.08 | $16,565.44 |
| Employee Medicare | $26.25 | $1,704.88 |
| Social Security Employee Tax | $112.23 | $7,289.82 |
| PA State Income Tax | $55.54 | $3,607.90 |
| PHILA R | $69.39 | $4,485.71 |
| WEST GOSHEN TWP LST | $1.00 | $49.00 |
| PA Unemployment Employee | $1.30 | $83.81 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx9296 | Checking | $1,147.08 |
| Total | | $1,147.08 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,855.23 | $1,661.89 | $479.79 | $228.36 | $1,147.08 |
| YTD | $119,833.80 | $109,000.79 | $33,786.56 | $11,946.55 | $74,100.69 |



**A. Duie Pyle, Inc**
650 Westtown Road
PO Box 564
West Chester, PA 19382

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/09/2025 |
| Period End Date | 11/15/2025 |
| Pay Date | 11/21/2025 |
| Document | 1826959 |
| **Net Pay** | **$1,307.38** |

## Pay Details

**David Junior Wallace**
8271 Williams Avenue
Philadelphia, PA 19150
USA

| | | | |
|---|---|---|---|
| Employee Number | ▮ | Pay Group | Pyle P1 45 VAC & ST 45 OT |
| SSN | XXX-XX-XXXX | Location | West Chester HQ |
| Job | Shuttle Driver | Internal Co | P1 - A. Duie Pyle Inc |
| Pay Rate | $34.8500 | Division | LTLOPS - LTL- Operations |
| Pay Frequency | Weekly | Region | ESTLTL - East-LTL Region |
| | | Department | DRVLH - Linehaul Driver |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | 0.000000 | $0.0000 | $0.00 | $500.00 |
| GTL Imputed Wag | | | $1.22 | $54.26 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,632.80 |
| Meal Sub | 0.000000 | $0.0000 | $0.00 | $50.00 |
| Overtime-Hourly | 14.150000 | $0.0000 | $739.71 | $38,242.00 |
| Personal | 0.000000 | $0.0000 | $0.00 | $1,362.00 |
| Referral Bonus | 0.000000 | $0.0000 | $0.00 | $5,000.00 |
| Regular-Hourly | 40.010000 | $0.0000 | $1,394.35 | $62,365.36 |
| Vacation | 0.000000 | $0.0000 | $0.00 | $1,568.25 |
| **Total Hours** 54.160000 | | | | |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan | No | $29.88 | $855.00 | $0.00 | $0.00 |
| 401K Percentage | Yes | $170.72 | $8,252.50 | $0.00 | $0.00 |
| Dental | Yes | $2.50 | $117.50 | $5.28 | $248.16 |
| GTL Imp Wages | No | $1.22 | $54.26 | $0.00 | $0.00 |
| OAN Medical | Yes | $40.00 | $1,880.00 | $148.58 | $6,983.26 |
| Vision Buy Up | Yes | $2.52 | $118.44 | $0.00 | $0.00 |
| Vol AD&D EE | No | $3.92 | $184.24 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $42.68 | $2,063.11 |
| ER Paid AD&D | No | $0.00 | $0.00 | $0.60 | $27.91 |
| ER Paid Life | No | $0.00 | $0.00 | $2.85 | $131.71 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $270.76 | $14,966.71 |
| Employee Medicare | $30.31 | $1,574.83 |
| Social Security Employee Tax | $129.59 | $6,733.74 |
| PA State Income Tax | $64.13 | $3,332.62 |
| PHILA R | $79.86 | $4,146.89 |
| WEST GOSHEN TWP LST | $1.00 | $47.00 |
| PA Unemployment Employee | $1.49 | $77.47 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx9296 | Checking | $1,307.38 |
| Total | | $1,307.38 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,135.28 | $1,919.54 | $577.14 | $250.76 | $1,307.38 |
| YTD | $110,774.67 | $100,356.23 | $30,879.26 | $11,461.94 | $68,433.47 |



**A. Duie Pyle, Inc**
650 Westtown Road
PO Box 564
West Chester, PA 19382

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/02/2025 |
| Period End Date | 11/08/2025 |
| Pay Date | 11/14/2025 |
| Document | 1822551 |

**Net Pay $1,510.59**

## Pay Details

**David Junior Wallace**
8271 Williams Avenue
Philadelphia, PA 19150
USA

| | |
|---|---|
| Employee Number | ■ |
| SSN | XXX-XX-XXXX |
| Job | Shuttle Driver |
| Pay Rate | $34.8500 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | Pyle P1 45 VAC & ST 45 OT |
| Location | West Chester HQ |
| Internal Co | P1 - A. Duie Pyle Inc |
| Division | LTLOPS - LTL- Operations |
| Region | ESTLTL - East-LTL Region |
| Department | DRVLH - Linehaul Driver |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | 0.000000 | $0.0000 | $0.00 | $500.00 |
| GTL Imputed Wag | | | $1.22 | $53.04 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,632.80 |
| Meal Sub | 0.000000 | $0.0000 | $0.00 | $50.00 |
| Overtime-Hourly | 20.950000 | $0.0000 | $1,095.17 | $37,502.29 |
| Personal | 0.000000 | $0.0000 | $0.00 | $1,362.00 |
| Referral Bonus | 0.000000 | $0.0000 | $0.00 | $5,000.00 |
| Regular-Hourly | 40.000000 | $0.0000 | $1,394.01 | $60,971.01 |
| Vacation | 0.000000 | $0.0000 | $0.00 | $1,568.25 |

Total Hours 60.950000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan | No | $29.88 | $825.12 | $0.00 | $0.00 |
| 401K Percentage | Yes | $199.13 | $8,081.78 | $0.00 | $0.00 |
| Dental | Yes | $2.50 | $115.00 | $5.28 | $242.88 |
| GTL Imp Wages | No | $1.22 | $53.04 | $0.00 | $0.00 |
| OAN Medical | Yes | $40.00 | $1,840.00 | $148.58 | $6,834.68 |
| Vision Buy Up | Yes | $2.52 | $115.92 | $0.00 | $0.00 |
| Vol AD&D EE | No | $3.92 | $180.32 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $49.78 | $2,020.43 |
| ER Paid AD&D | No | $0.00 | $0.00 | $0.60 | $27.31 |
| ER Paid Life | No | $0.00 | $0.00 | $2.85 | $128.86 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $342.64 | $14,695.95 |
| Employee Medicare | $35.46 | $1,544.52 |
| Social Security Employee Tax | $151.62 | $6,604.15 |
| PA State Income Tax | $75.04 | $3,268.49 |
| PHILA R | $93.14 | $4,067.03 |
| WEST GOSHEN TWP LST | $1.00 | $46.00 |
| PA Unemployment Employee | $1.74 | $75.98 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx9296 | Checking | $1,510.59 |
| Total | | $1,510.59 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,490.40 | $2,246.25 | $700.64 | $279.17 | $1,510.59 |
| YTD | $108,639.39 | $98,436.69 | $30,302.12 | $11,211.18 | $67,126.09 |

# A. Duie PYLE
### PYLE PEOPLE DELIVER

A. Duie Pyle, Inc
650 Westtown Road
PO Box 564
West Chester, PA 19382

**Pay Statement**

| | |
|---|---|
| Period Start Date | 10/26/2025 |
| Period End Date | 11/01/2025 |
| Pay Date | 11/07/2025 |
| Document | 1818380 |
| **Net Pay** | **$1,429.63** |

## Pay Details

**David Junior Wallace**
8271 Williams Avenue
Philadelphia, PA 19150
USA

| | | | |
|---|---|---|---|
| Employee Number | [redacted] | Pay Group | Pyle P1 45 VAC & ST 45 OT |
| SSN | XXX-XX-XXXX | Location | West Chester HQ |
| Job | Shuttle Driver | Internal Co | P1 - A. Duie Pyle Inc |
| Pay Rate | $34.8500 | Division | LTLOPS - LTL- Operations |
| Pay Frequency | Weekly | Region | ESTLTL - East-LTL Region |
| | | Department | DRVLH - Linehaul Driver |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | 0.000000 | $0.0000 | $0.00 | $500.00 |
| GTL Imputed Wag | | | $1.22 | $51.82 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,632.80 |
| Meal Sub | 0.000000 | $0.0000 | $0.00 | $50.00 |
| Overtime-Hourly | 18.250000 | $0.0000 | $954.03 | $36,407.12 |
| Personal | 0.000000 | $0.0000 | $0.00 | $1,362.00 |
| Referral Bonus | 0.000000 | $0.0000 | $0.00 | $5,000.00 |
| Regular-Hourly | 39.990000 | $0.0000 | $1,393.67 | $59,577.00 |
| Vacation | 0.000000 | $0.0000 | $0.00 | $1,568.25 |

**Total Hours** 58.240000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan | No | $29.88 | $795.24 | $0.00 | $0.00 |
| 401K Percentage | Yes | $187.82 | $7,882.65 | $0.00 | $0.00 |
| Dental | Yes | $2.50 | $112.50 | $5.28 | $237.60 |
| GTL Imp Wages | No | $1.22 | $51.82 | $0.00 | $0.00 |
| OAN Medical | Yes | $40.00 | $1,800.00 | $148.58 | $6,686.10 |
| Vision Buy Up | Yes | $2.52 | $113.40 | $0.00 | $0.00 |
| Vol AD&D EE | No | $3.92 | $176.40 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $46.96 | $1,970.65 |
| ER Paid AD&D | No | $0.00 | $0.00 | $0.60 | $26.71 |
| ER Paid Life | No | $0.00 | $0.00 | $2.85 | $126.01 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $314.00 | $14,353.31 |
| Employee Medicare | $33.41 | $1,509.06 |
| Social Security Employee Tax | $142.84 | $6,452.53 |
| PA State Income Tax | $70.69 | $3,193.45 |
| PHILA R | $87.85 | $3,973.89 |
| WEST GOSHEN TWP LST | $1.00 | $45.00 |
| PA Unemployment Employee | $1.64 | $74.24 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx9296 | Checking | $1,429.63 |
| Total | | $1,429.63 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,348.92 | $2,116.08 | $651.43 | $267.86 | $1,429.63 |
| YTD | $106,148.99 | $96,190.44 | $29,601.48 | $10,932.01 | $65,615.50 |