## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: David Junior Wallace** <br>                          **Debtor(s)** <br><br> **PENNYMAC LOAN SERVICES, LLC** <br>                          **Movant** <br><br>                          **vs.** <br><br> **David Junior Wallace** <br>                          **Respondent(s)** <br><br> **Kenneth E. West** <br>                          **Trustee** | **CHAPTER 13** <br><br><br> **NO.** 25-15239 AMC |

## ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by PENNYMAC LOAN SERVICES, LLC, it is **Ordered** and **Decreed** that confirmation is **denied**.

 

                                                                            _____
                                                                            Bankruptcy Judge