# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: David Junior Wallace**<br>　　　　　　　　　　　Debtor(s)<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>　　　　　　　　　　　Movant<br>　　　vs.<br><br>**David Junior Wallace**<br>　　　　　　　　　　　Respondent(s) | CHAPTER 13<br>BK. NO. 25-15239 AMC |

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **January 23, 2026**.

Kenneth E. West (via ECF)
1901 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

Michael A. Cibik Esq. (via ECF)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

David Junior Wallace
8271 Williams Ave
Philadelphia, PA 19150


Date: January 23, 2026

　　　　　　　　　　　　　　　　　　By: /s/ Matthew Fissel
　　　　　　　　　　　　　　　　　　Matthew Fissel, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　Phone: (215) 627-1322 Fax: (215) 627-7734
　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com