B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re    DAVID JUNIOR WALLACE                                    Case No.  25-15239

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_____LVNV Funding LLC_____          Prosper Funding LLC_____
Name of Transferee                                      Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known):  5
should be sent:                                         Amount of Claim:          $2,482.70
    LVNV Funding LLC                                   Date Claim Filed:         01/20/2026
    c/o Resurgent Capital Services
    PO Box 10587
    Greenville, SC 29603-0587

Phone:  (877) 264-5884                                  Phone: _____
Last Four Digits of Acct #:    1714                     Last Four Digits of Acct. #:   9616

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Susan Gaines_____          Date: ____4/21/2026_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.