United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-15239-amc |
| David Junior Wallace | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 15, 2026 | Form ID: 155 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | David Junior Wallace, 8271 Williams Ave, Philadelphia, PA 19150-2010 |
| 15092925 | + | Pennymac Loan Services, LLC, C/O Matthew Fissel, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 15094303 | + | Prosper Funding LLC, C/O PROSPER FUNDING LLC, 221 MAIN STREET, SUITE 300, SAN FRANCISCO, CA 94105-1909 |
| 15087431 | | Prosper Funding, Llc, Prosper Funding LLC, Attn: Bankruptcy De, San Francisco, CA 94105 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15087418 | + | Email/PDF: cbp@omf.com | Jul 16 2026 02:07:23 | Brightway/onemain, Po Box 3316, Evansville, IN 47732-3316 |
| 15087420 | | Email/Text: cfcbackoffice@contfinco.com | Jul 16 2026 02:00:00 | Continental Finance Co, Attn: Bankruptcy Attn: Bankruptcy, 4550 Linden Hill Rd , Ste 4, Wilmington, DE 19808-2952 |
| 15087421 | | Email/Text: cfcbackoffice@contfinco.com | Jul 16 2026 02:00:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd Ste 400, Wilmington, DE 19808-2952 |
| 15087419 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 16 2026 02:01:00 | Concora Credit, Genesis FS Card Services PO Box 4477, Beaverton, OR 97076-4401 |
| 15087422 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 16 2026 02:07:00 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15087423 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 16 2026 02:07:25 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15087424 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 16 2026 02:01:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15108188 | | Email/Text: bankruptcy@greenskycredit.com | Jul 16 2026 02:00:00 | GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 15087425 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 16 2026 02:00:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15105897 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 16 2026 02:01:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15102169 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 02:07:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15100517 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 16 2026 02:06:57 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15087426 | | Email/Text: ml-ebn@missionlane.com | Jul 16 2026 01:59:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15100532 | + | Email/PDF: cbp@omf.com | Jul 16 2026 02:06:54 | OneMain Financial Group, LLC, PO Box 3251, |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Jul 15, 2026 | Form ID: 155 | Total Noticed: 33

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Evansville, IN 47731-3251 |
| 15088092 | + | Email/PDF: cbp@omf.com | Jul 16 2026 02:06:56 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 15102141 | + | Email/PDF: ebnotices@pnmac.com | Jul 16 2026 02:07:09 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15092507 | ^ | MEBN | Jul 16 2026 01:57:59 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15087427 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2026 02:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15087429 | + | Email/Text: bankruptcy@petalcard.com | Jul 16 2026 02:00:27 | Petal Card 1/webbank, Attn: Bankruptcy Dept, Po Box 105168, Atlanta, GA 30348-5168 |
| 15087430 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 16 2026 02:07:08 | Plusfinance/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15094303 | + | Email/PDF: ProsperBKDetection@resurgent.com | Jul 16 2026 02:07:26 | Prosper Funding LLC, C/O PROSPER FUNDING LLC, 221 MAIN STREET, SUITE 300, SAN FRANCISCO, CA 94105-1909 |
| 15093867 | | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2026 02:00:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15087432 | + | Email/PDF: cbp@omf.com | Jul 16 2026 02:07:23 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 15087433 | ^ | MEBN | Jul 16 2026 01:58:07 | State of New Jersey, Department of Labor and Workforce Develo, PO Box 951, Trenton, NJ 08625-0951 |
| 15087434 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 02:06:58 | Syncb/car Care Pep B, Attn: Bankruptcy Dept, PO Box 965065, Orlando, FL 32896-5065 |
| 15087435 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 02:06:59 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15087436 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 02:07:34 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15087437 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 02:06:59 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15087438 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 16 2026 02:01:00 | Tbom/cci Mc, 14600 Northwest, Beaverton, OR 97006 |
| 15087439 | | Email/Text: bknotice@upgrade.com | Jul 16 2026 02:00:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15087428 | | PennyMac Loan Services, LLC, Unit, Los Angeles,, Attn:, PO Box 514387, CorrespondenceCA90051 |
| 15102170 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0313-2                           User: admin                              Page 3 of 3

Date Rcvd: Jul 15, 2026                        Form ID: 155                          Total Noticed: 33

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026                        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor David Junior Wallace help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                   )
    David Junior Wallace        )        Case No. 25–15239–amc
                  )
                  )
    Debtor(s).            )        Chapter: 13
                  )
                  )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: July 14, 2026                       For The Court

                                        Ashely M. Chan
                                        Chief Judge, United States Bankruptcy Court