# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>David Junior Wallace,<br><br>Debtor. | Case No. 25-15239-AMC<br><br>Chapter 13 |

**Debtor's Motion to Modify Chapter 13 Plan**

**AND NOW**, Debtor David Junior Wallace, by and through his attorney, moves this Court for approval of a modified chapter 13 plan. In support of this motion, the Debtor states as follows:

1. The Debtor filed this case under Chapter 13 on December 24, 2025.
2. The trustee in this case is Kenneth E. West.
3. The plan was confirmed on July 15, 2026.
4. Post-confirmation, the Debtor injured himself and was placed on short-term disability while taking leave from his employment under the FMLA, which is accompanied by a corresponding pay cut.
5. He began receiving short-term disability on September 11, 2026, and will receive it for 8 weeks before being transitioned to long-term disability and an additional pay cut through March 2027, after which he expects to return to work full-time.
6. The proposed plan temporarily decreases the Debtor's payments during the short-term disability, once more for the duration of the long-term disability, and then increases them sufficiently to still pay out 100% to unsecured creditors beginning April 2027.
7. A Supplement to Schedule I and J has already been filed at ECF No. 23 to show feasibility.
8. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 24 as the new confirmed plan.

**NOW, THEREFORE**, the Debtor asks this Court to approve the modified plan and to grant such other relief in their favor as may be necessary and proper under the law.

Date: September 15, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: ______________________
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com