# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br>David Junior Wallace,<br>Debtor. | Case No. 25-15239-AMC<br>Chapter 13 |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 25, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 24) is **APPROVED**.

**Date:** Oct. 28, 2026

Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge